1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DENARD DARNELL NEAL,                         1:11-cv-00256-AWI-DLB (HC)

                         Petitioner,         ORDER DISREGARDING PETITIONER'S
                                             MOTION FOR CLARIFICATION
        v.
                                             [Doc. 11]
HECTOR RIOS,

                         Respondent.
_____/

        On July 22, 2011, the instant petition for writ of habeas corpus filed pursuant to 28

U.S.C. § 2241 was dismissed and judgment was entered.

        On August 2, 2011, Petitioner filed a motion for clarification and a notice of appeal.

(ECF Nos. 11, 12.)  Petitioner's notice of appeal was processed.   The appeal has since been

dismissed by the Ninth Circuit Court of Appeals.

        In the motion for clarification, Petitioner indicates that the case number in this action,

1:11-cv-0256, is not the case number he thought he had been assigned in the case he was

proceeding with.   Petitioner claims the correct case number is 1:11-cv-0717.   A review of the

court's records reveals that case 1:11-cv-0717 is a civil rights action brought by Petitioner, and

this case is currently proceeding.   Because Petitioner's August 2, 2011 motion claims that case

1:11-cv-0717 is the case with which he desires to proceed, the court will disregard Plaintiff's

motion for clarification filed in case 11-cv-0256.

IT IS SO ORDERED.

Dated:    February 10, 2012          _____
                                     CHIEF UNITED STATES DISTRICT JUDGE

1